```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE A01-0039--CV (JKS)
                       "SOA V U.S. DEPT OF AGRICULTURE ET AL"

              Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 01/31/01
             Closed: 07/23/03

       Jurisdiction: (2) U.S. Defendant
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (893) Environmental Matters

             Origin: (1) Original Proceeding
             Demand:
         Filing fee: Paid $150.00 on 01/31/01 receipt # 00113871
           Trial by:
```

Parties of Record:                                    Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | ALASKA, STATE OF | Elizabeth J. Barry<br>Attorney General's Office<br>1031 W. 4th Avenue, Suite 200<br>Anchorage, AK 99501<br>907-269-5100<br>FAX 907-279-2834 |
| DEF 1.1 | AGRICULTURE, U.S. DEPT OF | Bruce M. Landon<br>U.S. Department of Justice<br>801 B Street, Suite 504<br>Anchorage, AK 99501-3657<br>907-271-5452 |
| DEF 2.1 | AGRICULTURE FOREST SERVICE, U.S. DEPT OF | Bruce M. Landon<br>(see above) |
| DEF 3.1 | VENEMAN, ANN | Bruce M. Landon<br>(see above) |
| DEF 4.1 | DOMBECK, MICHAEL | Bruce M. Landon<br>(see above) |
| DII 1.1 | SITKA CONSERVATION SOCIETY | Thomas S. Waldo<br>Earthjustice<br>325 4th Street<br>Juneau, AK 99801<br>907-586-2751<br><br>Deirdre A. McDonnell<br>Earthjustice<br>325 4th Street<br>Juneau, AK 99801-1145<br>907-586-2751<br>FAX 907-463-5891 |

```
┌─────────────────────────────────────────────────────────────────────┐
│           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA   │
│           CIVIL DOCKET PARTY INFORMATION FOR CASE A01-0039--CV (JKS)│
│                   "SOA V U.S. DEPT OF AGRICULTURE ET AL"            │
├─────────────────────────────────────────────────────────────────────┤
│           Including terminated parties, excluding terminated counsel│
└─────────────────────────────────────────────────────────────────────┘
```

| Parties of Record: | Counsel of Record: |
|---|---|
| | Nathaniel S.W. Lawrence<br>Natural Resources Defense Counci<br>3723 Holiday Drive<br>Olympia, WA 98501<br>360-570-9309<br>FAX 360-570-9310 |
| DII 2.1    SOUTHEAST ALASKA CONSERVATION COUNCIL | Thomas S. Waldo<br>(see above)<br><br>Deirdre A. McDonnell<br>(see above)<br><br>Nathaniel S.W. Lawrence<br>(see above) |
| DII 3.1    ALASKA CENTER FOR THE ENVIRONMENT | Thomas S. Waldo<br>(see above)<br><br>Deirdre A. McDonnell<br>(see above)<br><br>Nathaniel S.W. Lawrence<br>(see above) |
| DII 4.1    WILDERNESS SOCIETY, THE | Thomas S. Waldo<br>(see above)<br><br>Deirdre A. McDonnell<br>(see above)<br><br>Nathaniel S.W. Lawrence<br>(see above) |
| DII 5.1    SIERRA CLUB | Thomas S. Waldo<br>(see above)<br><br>Deirdre A. McDonnell<br>(see above)<br><br>Nathaniel S.W. Lawrence<br>(see above) |
| DII 6.1    DEFENDERS OF WILDLIFE | Thomas S. Waldo<br>(see above)<br><br>Deirdre A. McDonnell<br>(see above)<br><br>Nathaniel S.W. Lawrence<br>(see above) |

```
┌─────────────────────────────────────────────────────────────────────────┐
│               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA   │
│               CIVIL DOCKET PARTY INFORMATION FOR CASE A01-0039--CV (JKS)│
│                    "SOA V U.S. DEPT OF AGRICULTURE ET AL"               │
├─────────────────────────────────────────────────────────────────────────┤
│               Including terminated parties, excluding terminated counsel│
└─────────────────────────────────────────────────────────────────────────┘
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| DII 7.1 | NATURAL RESOURCES DEFENSE COUNCIL | Thomas S. Waldo (see above) |
| | | Deirdre A. McDonnell (see above) |
| | | Nathaniel S.W. Lawrence (see above) |
| DII 8.1 | NATIONAL AUDUBON SOCIETY | Thomas S. Waldo (see above) |
| | | Deirdre A. McDonnell (see above) |
| | | Nathaniel S.W. Lawrence (see above) |
| PII 1.1 | ALASKA FOREST ASSOC | James F. Clark<br>Robertson Monagle et al<br>POB 21211<br>Juneau, AK 99802<br>907-586-3340 |
| | | Steven W. Silver<br>Robertson Monagle et al<br>2300 Clarendon Blvd, #1010<br>Arlington, VA 22201<br>703-527-4414 |
| | | Ruth Hamilton Heese<br>Attorney General's Office<br>POB 110300<br>Juneau, AK 99811-0300<br>907-451-2811<br>FAX 907-465-6735 |
| PII 2.1 | CHUGACH ALASKA CORP | Philip Blumstein<br>Landye Bennett et al<br>701 W. 8th Avenue, Suite 1200<br>Anchorage, AK 99501<br>907-276-5152<br>FAX 907-276-8433 |
| PII 3.1 | WRANGELL, CITY OF, ALASKA | Mitchell A. Seaver<br>344 Front Street<br>Ketchikan, AK 99901<br>907-228-6635<br>FAX     -    - |

```
┌─────────────────────────────────────────────────────────────────────────┐
│          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA        │
│          CIVIL DOCKET PARTY INFORMATION FOR CASE A01-0039--CV (JKS)     │
│                  "SOA V U.S. DEPT OF AGRICULTURE ET AL"                 │
├─────────────────────────────────────────────────────────────────────────┤
│            Including terminated parties, excluding terminated counsel   │
└─────────────────────────────────────────────────────────────────────────┘
```

Parties of Record:                              Counsel of Record:

| | | |
|---|---|---|
| PII 4.1 | KETCHIKAN GATEWAY BOROUGH | Scott A. Brandt-Erichsen<br>Borough Attorney<br>344 Front Street<br>Ketchikan, AK 99901<br>907-228-6635<br>FAX 907-228-6683 |
| PII 5.1 | ROBERTS, DOUGLAS W. | Mitchell A. Seaver<br>(see above) |
| PII 6.1 | COOSE, RICHARD L. | Mitchell A. Seaver<br>(see above) |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A01-0039--CV (JKS)
"SOA V U.S. DEPT OF AGRICULTURE ET AL"

For all filing dates

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
     Referral Rule:
             Filed: 01/31/01
            Closed: 07/23/03

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (893) Environmental Matters

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $150.00 on 01/31/01 receipt # 00113871
          Trial by:
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 1 - | 1 | 01/31/01 | Complaint for declaratory & injunctive relief filed; Summons issued. |
| 2 - | 1 | 02/21/01 | DII 1-8 Application re: non-resident attorney Deirdre A. McDonnell w/lcl cnsl T. Waldo w/att declaration. |
| 3 - | 1 | 02/21/01 | DII 1-8 Application re: non-resident attorney of Nathaniel S.W. Lawrence w/lcl cnsl Thomas S. Waldo w/att declaration. |
| 4 - | 1 | 02/21/01 | DII 1-8 Unopposed Motion for leave to intervene w/att memo, exhs & proposed answer. |
| 5 - | 1 | 02/21/01 | DII 1-8 Certificate of service re: unopposed mot for leave to intervene, application for non-res attys. |
| 6 - | 1 | 02/21/01 | PLF 1 Return of Service Executed re: DEF 1 on 2/6/01. |
| 7 - | 1 | 02/21/01 | PLF 1 Return of Service Executed re: DEF 2 on 2/5/01. |
| 8 - | 1 | 02/21/01 | PLF 1 Return of Service Executed re: DEF 3 on 2/5/01. |
| 9 - | 1 | 02/21/01 | PLF 1 Return of Service Executed re: DEF 4 on 2/5/01. |
| 10 - | 1 | 02/21/01 | PLF 1 Return of Service Executed re: US Atty on 2/1/01. |
| 11 - | 1 | 02/21/01 | PLF 1 Return of Service Executed re: Atty Gen of US on 2/5/01. |
| 2 - | 2 | 02/23/01 | HRH Order granting #2. cc: cnsl |
| 3 - | 2 | 02/23/01 | HRH Order granting #3. cc: cnsl |
| 12 - | 1 | 02/23/01 | PII-2 motion to intervene w/att memo & exhs. |
| 13 - | 1 | 03/01/01 | PII-1 Unopposed Motion for Alaska Forest Association to intervene w/att declaration of Jack Phelps. (Complaint for declaratory & injunctive relief lodged) |
| 14 - | 1 | 03/05/01 | JKS Order granting unopposed motion for Ak. Forest Assoc to intervene. cc: cnsl |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A01-0039--CV (JKS)
                            "SOA V U.S. DEPT OF AGRICULTURE ET AL"

                                    For all filing dates
```

```
Document #    Filed      Docket text

  15 -   1   03/05/01    PII 1 Complaint (Intervenor).

  16 -   1   03/05/01    JKS Order granting unopposed motion of ZZZ 1-8 Sitka Conservation
                         Society, et al for leave to Intervene.  cc: cnsl

  17 -   1   03/05/01    DII 1-8 Answer to Complaint.

  18 -   1   03/06/01    PLF 1; DEF 1-4 (notice) non-opposition to ZZZ 9 motion to intervene
                         (12-1).

  19 -   1   03/06/01    PII-2 non-opposition to Sitka Conservation Society et al mot to
                         intervene & Ak forest Assoc mot to intervene.

  20 -   1   03/07/01    DII 1-8 non-opposition to PII-2 motion to intervene (12-1).

  12 -   2   03/08/01    JKS Order granting motion to intervene (12-1).  cc: cnsl

  21 -   1   03/08/01    PII 2 Complaint (Intervenor).

  22 -   1   03/08/01    PII 1 Affidavit (original declaration) of Jack Phelps re: memo in
                         support of unoppo mot to intervene at dkt #13.

  23 -   1   03/30/01    DEF 1-4 motion for ext of time to answer until 5/20/01.

  24 -   1   04/19/01    DII 1-8 non-oppo to DEF 1-4 mot for ext of time to ans until 5/20/01
                         (23-1).

  23 -   2   04/24/01    JKS Order granting motion for ext of time to answer until 5/20/01
                         (23-1).

  25 -   1   05/02/01    PII 2 Complaint (First Amended).

  26 -   1   05/11/01    PII 1 Notice regarding order of Idaho District Court enjoining
                         implementation of national roadless area conservation rule w/att exhs.

  27 -   1   05/21/01    DEF 1-4 motion for extension of time to answer until 6/20/01.

  28 -   1   05/22/01    DEF 1-3 Attorney Appearance of B. Landon.

  27 -   2   06/14/01    JKS Order granting motion for extension of time to answer until 6/20/01
                         (27-1). cc: cnsl

  29 -   1   06/20/01    DEF 1-4 Unopposed Motion for stay of proceedings.

  29 -   2   06/22/01    JKS Order granting unopposed motion for stay pending outcome of the
                         appeals pending before the Ninth Circuit. The stay will end 21 days from
                         the issuance of the Ninth Circuit Decision or 9/21/01 whichever occurs
                         first  cc: cnsl

  30 -   1   09/21/01    Unopposed motion to continue stay.

  30 -   2   09/26/01    JKS Order granting unopposed motion to continue stay until 11/5/01
                         (30-1).  cc: cnsl

  31 -   1   11/02/01    DEF 1- 4 Motion to continue stay or in alternative for extension of time
                         to answer. Defs request to ext stay of all proceedings until 21 days
                         after the Ninth Circuit issues its decision in Idaho v Veneman, if
                         denied defs request extension of time for 15 days after the day that the
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE A01-0039--CV (JKS)
                             "SOA V U.S. DEPT OF AGRICULTURE ET AL"

                                       For all filing dates
```

Document #    Filed       Docket text

```
                           court order denies the continuance of the stay.

  32  -   1   11/20/01    DII 1-8 opposition to DEF 1-4 Motion to continue stay or in alternative
                           for extension of time to answer. Defs request to ext stay of all
                           proceedings until 21 days after the Ninth Circuit issues its decision in
                           Idaho v Veneman, if denied defs request extension of time for 15 days
                           after the day that the court order denies the continuance of the stay
                           (31-1).

  33  -   1   11/28/01    PLF 1 reply to opposition to DEF 1-4 Motion to continue stay or in
                           alternative for extension of time to answer. Defs request to ext stay of
                           all proceedings until 21 days after the Ninth Circuit issues its
                           decision in Idaho v Veneman, if denied defs request extension of time
                           for 15 days after the day that the court order denies the continuance of
                           the stay (31-1). c

  34  -   1   11/30/01    DEF 1-4 reply to DII 1-8 opposition to DEF 1-4 Motion to continue stay
                           or in alternative for extension of time to answer. Defs request to ext
                           stay of all proceedings until 21 days after the Ninth Circuit issues its
                           decision in Idaho v Veneman, if denied defs request extension of time
                           for 15 days after the day that the court order denies the continuance of
                           the stay (31-1).

  35  -   1   12/03/01    DEF 1-4 Errata to reply to DII 1-8 oppo re: DEF 1-4 Motion to continue
                           stay or in alternative for extension of time to answer. Defs request to
                           ext stay of all proceedings until 21 days after the Ninth Circuit issues
                           its decision in Idaho v Veneman, if denied defs request extension of
                           time for 15 days after the day that the court order denies the
                           continuance of the stay. (31-1)

  36  -   1   12/03/01    DEF 1-4 reply to DII 1-8 opposition to Motion to continue stay or in
                           alternative for extension of time to answer. Defs request to ext stay of
                           all proceedings until 21 days after the Ninth Circuit issues its
                           decision in Idaho v Veneman, if denied defs request extension of time
                           for 15 days after the day that the court order denies the continuance of
                           the stay (31-1).

  37  -   1   12/21/01    JKS Minute Order granting in part motion to continue stay or in
                           alternative for extension of time to answer (31-1).  Further proceedings
                           are stayed unitl 21 days after Ninth Circuit Court of Appeals issues its
                           decision in Kootenai Tribe of Idaho v Veneman & Idaho v. Veneman or
                           3/29/02 whichever occurs first.  Counsel for plf to file jnt status
                           report by 3/20/01.   cc: cnsl

  38  -   1   03/20/02    PLF 1 Joint Status Report.

  38  -   2   03/20/02    PLF 1 Unopposed motion to continue stay until 21 days after the Ninth
                           Circuit Court of Appeals issues its decision, or by 5/15/02 whichever
                           comes first.

  39  -   1   03/22/02    JKS Minute Order granting motion Unopposed motion to continue stay until
                           21 days after the Ninth Circuit issues decision (38-2) or by 5/15/02
                           whichever comes first.  cc: cnsl

  40  -   1   05/07/02    DEF 1-4 Unopposed motion to continue stay or in the alternative for
                           extension of time to answer.

  41  -   1   05/13/02    JKS Minute Order granting Unopposed motion to continue stay (40-1).
                           this case is stayed until 21 days after the Ninth Circuit Court of
```

```
┌─────────────────────────────────────────────────────────────────────────┐
│         UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA         │
│            CIVIL DOCKET ENTRIES FOR CASE A01-0039--CV (JKS)             │
│                  "SOA V U.S. DEPT OF AGRICULTURE ET AL"                 │
├─────────────────────────────────────────────────────────────────────────┤
│                           For all filing dates                          │
└─────────────────────────────────────────────────────────────────────────┘
```

| Document # | Filed | Docket text |
|---|---|---|
| | | Appeals issues its decision in Idaho v Veneman or until 7/15/02, whichever occurs first. cc: cnsl |
| 42 - 1 | 06/27/02 | DEF 1-4 Unopposed motion to continue stay until 21 days after 9CCA issues decision or until 8/20/02 whichever is first or in the alternative for extension of time to answer until 15 days after 7/15/02 or 15 days after crt's ord denying continuance of stay whichever is later. |
| 42 - 2 | 07/01/02 | JKS Order granting unopposed motion to continue stay until 21 days after the Ninthe Circuit issues its decision in Idaho v. Veneman or until 8/20/02 which ever occurs first, or in the alternative for extension (42-1). cc: cnsl |
| 43 - 1 | 08/20/02 | DEF 1-4 Unoppo mot to cont stay until 21 days after the 9CCA issues decision or until 10/21/02, whichever is first or in alternative for ext of time of 15 days after crt's order denying cont of stay to file answers. |
| 43 - 2 | 08/23/02 | JKS Order granting unopposed mot to cont stay or in alt for ext of time to answer (43-1); stay extended until 21 days after the 9CCA issues decision in Idaho v. Veneman or until 10/21/02, whichever comes first. cc: cnsl |
| 44 - 1 | 10/21/02 | DEF 1-4 Unopposed mot to cont stay until 21 days after the 9CCA issues decision in Idaho v. Veneman or until 12/23/02, whichever occurs first or in alt for ext of time of 15 days after crt's order denying cont of stay to file ans. |
| 45 - 1 | 10/28/02 | JKS Order granting unoppo mot to cont stay until 21 days after the 9CCA issues its decision in Idaho v Veneman, NO. CV-01-11-N-EJL (D.Idaho), or until 12/23/02 whichever occurs first (44-1). |
| 46 - 1 | 12/02/02 | PII 1 Attorney Substitution of lead counsel. |
| 47 - 1 | 12/13/02 | DEF 1-4 Notice of ninth circuit decision w/att exh. |
| 48 - 1 | 12/19/02 | DEF 1-4 Unopposed motion for extension of time until 01/13/03 to file answer. |
| 49 - 1 | 12/23/02 | JKS Order granting unopposed mot for ext of time until 01/13/03 to file answer (48-1). cc: cnsl |
| 50 - 1 | 12/23/02 | JKS Minute Order that parties shall meet and confer and provide notice to the crt by 01/03/03 what is necessary for resolution in light of the decision in Veneman. cc: cnsl |
| 51 - 1 | 01/02/03 | DEF 1-4 Unopposed motion to continue filing of status report until 01/17/03. |
| 52 - 1 | 01/03/03 | JKS Order granting unopposed mot to cont filing of stat rpt until 01/17/03 (51-1). cc: cnsl |
| 53 - 1 | 01/13/03 | DEF 1-4 motion for extension of time to 02/17/03 to file answer and to file status report. |
| 54 - 1 | 01/14/03 | JKS Order granting mot for ext of time to 02/17/03 to file answer and to file status report (53-1). cc: cnsl |

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A01-0039--CV (JKS)
                         "SOA V U.S. DEPT OF AGRICULTURE ET AL"

                                 For all filing dates
```

```
Document #    Filed      Docket text

   55 -   1  01/15/03   DII 1-8 oppo to DEF 1-4 mot for ext of time to 02/17/03 to file ans and
                        to file stat rpt (53-1) w/att exhs.

   56 -   1  02/04/03   DII 1-8 motion to clarify intervention.

   57 -   1  02/13/03   PII 3-6 motion to intervene as proposed intervenor plaintiffs w/att
                        memo, declarations & proposed complaint.

   58 -   1  02/13/03   PII 3,5,6 Attorney Appearance of Mitchell A. Seaver.

   58 -   2  02/13/03   PII 4 Attorney Appearance of Scott A. Brandt-Erichsen.

   59 -   1  02/13/03   PII 3-6 Notice of fax signatures in declarations in support of motion to
                        intervene at dkt 57.

   60 -   1  02/18/03   PII 1 Attorney Appearance of Steven W. Silver.

   61 -   1  02/18/03   PLF 1; DEF 1-4; PII 1-2 motion (joint) for stay of all proceedings until
                        10 days after the Ninth Circuit eithe denies the petition for rehearing
                        or issues a decision on rehearing in Kootenai Tribe of Idaho v Veneman.

   62 -   1  02/18/03   DII 1-8 oppo to PLF 1; DEF 1-4; PII 1-2 mot (joint) for stay of all
                        proceedings until 10 days after the Ninth Circuit eithe denies the pet
                        for rehearing or issues a decision on rehearing in Kootenai Tribe of
                        Idaho v Veneman (61-1).

   63 -   1  02/21/03   PLF 1; PII 1-2 reply to oppo to PLF 1; DEF 1-4; PII 1-2 mot (joint) for
                        stay of all proceedings until 10 days after the Ninth Circuit either
                        denies the pet for rehearing or issues a decision on rehearing in
                        Kootenai Tribe of Idaho v Veneman (61-1).

   64 -   1  02/28/03   DEF 1-4 reply to oppo to PLF 1; DEF 1-4; PII 1-2 motion (joint) for stay
                        of all proceedings until 10 days after the Ninth Circuit eithe denies
                        the petition for rehearing or issues a decision on rehearing in Kootenai
                        Tribe of Idaho v Veneman (61-1). cc: cnsl

   65 -   1  03/19/03   JKS Order granting motion to intervene as proposed intervenor plaintiffs
                        (57-1). cc: cnsl

   66 -   1  03/19/03   PII 3-6 Complaint (Intervenor).

   67 -   1  03/19/03   JKS Minute Order denying motion (joint) for stay of all proceedings
                        (61-1); all oppos to mot to clarify intervention and any initial
                        pleadings are due w/i 5 days of this ord; parties to meet and confer by
                        4/1/03 and SOA to file stat rpt by 4/8/03. cc: cnsl

   68 -   1  03/20/03   DEF 1-4 response to DII 1-8 motion to clarify intervention (56-1).

   69 -   1  03/20/03   DEF 1-4 Answer to Complaint.

   70 -   1  03/20/03   DEF 1-4 Answer to PII-2 1st Amended Complaint.

   71 -   1  03/20/03   DEF 1-4 Answer to PII-1 Complaint.

   72 -   1  03/26/03   PII 3-6 joinder in opposition to DII 1-8 motion to clarify intervention
                        (56-1).
```

```
┌─────────────────────────────────────────────────────────────────────────┐
│           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA       │
│              CIVIL DOCKET ENTRIES FOR CASE A01-0039--CV (JKS)           │
│                  "SOA V U.S. DEPT OF AGRICULTURE ET AL"                 │
├─────────────────────────────────────────────────────────────────────────┤
│                            For all filing dates                         │
└─────────────────────────────────────────────────────────────────────────┘
```

| Document # | Filed | Docket text |
|---|---|---|
| 73 - 1 | 03/26/03 | DII 1-8 Answer to Complaint of PII-3 through PII-6. |
| 74 - 1 | 03/26/03 | DII 1-8 Answer to Complaint of PII-1. |
| 75 - 1 | 03/26/03 | DII 1-8 Answer to Amended Complaint of PII-2. |
| 76 - 1 | 03/26/03 | PLF 1; PII 1-6 opposition to DII 1-8 motion to clarify intervention (56-1). |
| 77 - 1 | 04/07/03 | DII 1-8 reply to oppo to DII 1-8 mot to clarify intervention (56-1). |
| 78 - 1 | 04/08/03 | PLF 1 Status Report w/att exhs. |
| 79 - 1 | 04/09/03 | JKS Order granting motion to clarify intervention (56-1). cc: cnsl |
| 80 - 1 | 04/11/03 | DEF 1-4 motion for leave to lodge administrative record in cd-rom format. |
| 81 - 1 | 04/14/03 | JKS Order granting motion for leave to lodge administrative record in cd-rom format (80-1). cc: cnsl, Intake |
| 82 - 1 | 04/14/03 | PLF 1 Notice of filing original declaration of Harriet M. Hageman re: status report (dkt #78)w/att declaration. |
| 83 - 1 | 04/14/03 | PII 3-6 Notice of filing original declaration of D. Roberts and R. Prunella re: ZZZ 1-4 motion to intervene as proposed intervenor plaintiffs (57-1) w/att declarations |
| 84 - 1 | 04/15/03 | DEF 1-4 Notice of Lodging Administrative Record w/att exhs. (Admin. Rec consisting of CD Roms located in expando file) |
| 85 - 1 | 04/20/03 | JKS Minute Order setting briefing schedule; plf's opening brief due 06/16/03; PII supplemental brief due 06/30/03; Fed defs' responsive brief due 07/30/03; Def II supplemental brief due 08/13/03; Plf's and PII reply brief due 08/27/03; request for o/a due 09/03/03. cc: cnsl |
| 86 - 1 | 06/10/03 | PLF 1 motion (joint) motion for voluntary dismissal without prejudice. |
| 87 - 1 | 06/12/03 | PLF 1 Certificate of svc re: joint mot for voluntary dismissal w/out prej. |
| 88 - 1 | 06/30/03 | DII 1-8 qualified nonopposition to PLF 1 motion (joint) motion for voluntary dismissal without prejudice (86-1) |
| 89 - 1 | 07/07/03 | PLF 1 reply to non-oppo to PLF 1 mot (joint) mot for voluntary dismissal w/o prej (86-1). |
| 90 - 1 | 07/23/03 | JKS Order granting (joint) mot for voluntary dismissal w/o prej (86-1). cc: cnsl |